IN AND FOR THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABMA

ANGELA DENISE NAILS,

    Plaintiff,

Vs.

1:07-CV-939-MEF

ENTERPRISE OZARK COMMUNITY COLLEGE, etal,

    Defendant(s)

TITLE VI POLICIES AND RULES

The plaintiff in the above the claim is against the defendant(s) because of the Title VI rules and policies.  The college has a instructor that is failing students under the program and are discriminating only against color students in English 101 at the Ozark College in Ozark, Alabma.  Because the Ozark Community College faculty and English faculty will not follow the displine policy of discrimination the plaintiff is suing the college and the superiors(faculty).  The complainant did not pass the class to pass English 101 the grade had to be a c or above to pass.  The attention form the English instructor was terrific her harassment and finger digging into the complainant skin even the violent marching toward the student and the theft of a lighter from the student.  Thecomplaint is suing for the amount of $300,000.00 each defendant and there a five other defendant(s) and another $500,000.00 from the Ozark Community College.

The Mailing address for the Attorney representing the defendant(s) Mailing address P.O.Box 1300 Enterprise, AL 36331

*Angela Denise Nails*
ANGELA DENISE NAILS
PROSE ATTORRNEY

Case 1:07-cv-00939-MEF-WC   Document 1   Filed 10/19/2007   Page 2 of 2