IN THE UNITED STATES DIDTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,      Case No.07cv939-MEF

Vs.

ENTERPRISE OZARK COMMUNITY COLLEGE,

        Defendant,

## HEARING DATE SET

The plaintiff in the case is not able to appear for the hearing date set before the court on November 6, 2007. Also the plaintiff is declining to submit documents to the court without having a copy of hardship document the plaintiff has already submitted to the Middle District Court on this case. The plaintiff case should be withdrawn and order to dismiss the case.

_Angela Denise Nails_
ANGELA DENISE NAILS
PROSE ATTORNEY



Denise Nails
116 East Street #4
Carrollton, Alabama 35447

BIRMINGHAM AL 350
31 OCT 2007 PM 1 T

United States Middle District Court
Circuit Court Civil
P.O. Box 11
Montgomery, Alabama 36101